NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1149

### MICROSTRATEGY INCORPORATED,

Plaintiff-Appellant,

v.

### CRYSTAL DECISIONS, INC.
(doing business as Business Objects Americas),

Defendant-Appellee.

Appeal from the United States District Court for the District of Delaware in case no. 03-CV-1124, Magistrate Judge Mary Pat Thynge.

ON MOTION

O R D E R

Upon consideration of MicroStrategy, Inc.'s motion to withdraw Jonathan G. Cedarbaum as principal counsel and to substitute William G. McElwain as principal counsel,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN -3 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jonathan G. Cedarbaum, Esq.
William G. McElwain, Esq.
Daniel J. Furniss, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JUN 03 2009

JAN HORBALY
CLERK